# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## April 29, 2009

| 29051 | State v. Gray | Affirmed |

## April 30, 2009

| 28522 | Mizukami v. Mizukami | Affirmed |
| 28383 | Mizukami v. Mizukami | Affirmed |
| 28245 | Silva v. Kuamoo | Affirmed |

## May 4, 2009

| 28753 | Moysa v. Davies | Vacated and Affirmed |

## May 6, 2009

| 29135 | Magee v. Aloha Jetski LLC | Affirmed |

## May 7, 2009

| 29434 | "M" Children, In re | Affirmed |

## May 8, 2009

| 29253 | A.W., In re | Affirmed |
| 29107 | Lite v. McClure | Affirmed |
| 29108 | McClure v. Lite | Affirmed |
| 29293 | State v. Greywolf | Affirmed |

## May 11, 2009

| 29189 | Hoff v. State | Affirmed |
| 28083 | Vandenberg v. State | Affirmed |